**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

JAIME MINCHALA and ENRIQUE PEREZ, *on behalf*
*of themselves, FLSA Collective Plaintiffs and the Class,*
Plaintiffs,

**Case No.** 1:23-cv-00432

     v.

SOHO MASONS CORP.,
     d/b/a SOHO MASONS,
JOHN NEVLA,
and VICTOR ROTTENBERG,
Defendants.

**[PROPOSED]**
**RULE 68 JUDGMENT**

_____

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SOHO MASONS CORP., d/b/a SOHO MASONS, JOHN NEVLA, and VICTOR ROTTENBERG (collectively "Defendants"), having offered to allow Plaintiff JAIME MINCHALA and ENRIQUE PEREZ ("Plaintiffs") to take a judgment against them, in the sum of Forty-Five Thousand Dollars and Zero Cents ($45,000.00) ("Judgement Amount"), to resolve all of Plaintiffs' claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2023 and filed as Exhibit A to Docket Number 16;

     **WHEREAS**, on June 6, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JAIME MINCHALA and ENRIQUE PEREZ, in the sum of $45,000, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2023 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2023     _____
     New York, New York                        U.S.D.J.