UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIME MINCHALA and ENRIQUE PEREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*
                Plaintiffs,

v.

SOHO MASONS CORP.,
    d/b/a SOHO MASONS,
JOHN NEVLA,
and VICTOR ROTTENBERG,
                Defendants.

**Case No.** 1:23-cv-00432

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant SOHO MASONS CORP., d/b/a SOHO MASONS, JOHN NEVLA, and VICTOR ROTTENBERG (collectively "Defendants"), having offered to allow Plaintiff JAIME MINCHALA and ENRIQUE PEREZ ("Plaintiffs") to take a judgment against them, in the sum of Forty-Five Thousand Dollars and Zero Cents ($45,000.00) ("Judgement Amount"), to resolve all of Plaintiffs' claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2023 and filed as Exhibit A to Docket Number 16;

**WHEREAS**, on June 6, 2023, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JAIME MINCHALA and ENRIQUE PEREZ, in the sum of $45,000, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2023 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____ June 7, 2023
       New York, New York

LEWIS J. LIMAN
United States District Judge